## Commonwealth *v.* Timmons, Appellant.

Argued June 13, 1974. *John W. Packel,* Assistant Public Defender, with him *Kenneth Mirsky,* Assistant Public Defender, and *Vincent J. Ziccardi,* Public Defender, for appellant; *James J. Wilson,* Assistant District Attorney, with him *Mark Sendrow, David Richman,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wiley, Appellant.

Argued June 18, 1974. *Forrest P. Wiley,* appellant, in propria persona; *Robert A. Freedberg,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.